AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location: **NORTHERN DISTRICT OF CALIFORNIA**

---OFFENSE CHARGED---

VIOLATION: 18 U.S.C. § 2252A (a)(2)(B) - Receipt and Distribution of Child Pornography

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
5 yrs. minimum - 20 yrs. maximum imprisonment; $250,000 fine; supervised release Life; $100 special assessment

E-filing

---DEFENDANT - U.S.---

▶ JOHN AICEGA,

DISTRICT COURT NUMBER

**CR 07 0329 SI**

---DEFENDANT---

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

---PROCEEDING---

Name of Complaintant Agency, or Person (&Title, if any)
ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) KESLIE STEWART, AUSA

☐ This report amends AO 257 previously submitted

---ADDITIONAL INFORMATION OR COMMENTS---

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SC 9990)<br>United States Attorney |



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 07 0329 |
| Plaintiff, | ) | VIOLATION: 18 U.S.C. § 2252A(a)(2)(B) - Receipt and Distribution of Child Pornography |
| v. | ) | |
| JOHN AICEGA, | ) | |
| Defendant. | ) | SAN FRANCISCO VENUE |
| | ) | |

## INFORMATION

The United States Attorney charges:

COUNT ONE: (18 U.S.C. § 2252A(a)(2)(B) - Knowing Distribution of Child Pornography)

  1.  From on or about January 1, 2004 through on or about July 28, 2006, in the Northern District of California and elsewhere, the defendant,

JOHN AICEGA,

did knowingly receive and distribute material that contained child pornography (as defined in Title 18, United States Code, Section 2256(8)) that had been transported in interstate commerce

///

///

///

INFORMATION

1  by any means, including by computer, in violation of Title 18, United States Code, Section
2  2252A(a)(2)(B).
3
4  DATED:    May 24, 2007                      SCOTT N. SCHOOLS
                                                United States Attorney
5
6
7                                              For MARK L. KROTOSKI
                                                Chief, Criminal Division
8
9  (Approved as to form: /s/ Kyle Stewart
10                        AUSA STEWART
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INFORMATION