# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 6/8/07

Case No.   CR-07-0329 SI          Judge:   SUSAN ILLSTON

Title:   UNITED STATES -v- JOHN AICEGA (NC)(P)

Attorneys:   Stewart          Miller

Deputy Clerk: Tracy Sutton   Court Reporter: B. Ball

## PROCEEDINGS

1)  Change of Plea - HELD

2)  
3)  

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN     ( ) SUBMITTED
                                            PART

Case continued to **9/14/07 @ 11:00 a.m.**   for Judgment & Sentence

Case continued to **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay: _____
**Delay begins:          Delay ends:**
(                )

ORDERED AFTER HEARING:
The Court ordered that the defendant be remanded into the custody of the U.S. Marshal.
ICE agent shall escort deft. to Marshal's Office.


(SPEEDY TRIAL DEADLINE AS OF TODAY: )