O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED
JUN 8 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
JOHN AICEGA

WAIVER OF INDICTMENT

CASE NUMBER: CR07-0329 SI

I, JOHN AICEGA, the above named defendant, who is accused of

Receipt and distribution of child pornography in violation of Title 18, United States Code section 2252A(a)(2)(B)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 6/8/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before HONORABLE BERNARD ZIMMERMAN
Judicial Officer