UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Case Number _____CR07-329 SI_____ SI

Defendant's Name __John Jonathan Ortega_____

Defense Counsel _____R. Miller_____

Due Date _____9/14/07 @ 11:00 AM_____

NOTICE TO DEFENSE COUNSEL

The Court has directed that a     __X__ Presentence Investigation

_____ Bail Investigation

_____ Bail Supervision

_____ Postsentence Investigation

_____ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the PROBATION OFFICE, ROOM 17-6884, BEFORE LEAVING THE COURTHOUSE today to make the necessary arrangements.

For use of Courtroom Deputies
Is defendant in custody?          yes
Is defendant English speaking?    yes
What is defendant's address?

Richard W. Wieking
Clerk

by: _____
T. Sutton, Deputy Clerk

cc: U.S. Probation Office