LAW FIRM OF HANSEN & MILLER
ROY E. MILLER ESQ. CASBN# 174821
18 East Fulton Road
Santa Rosa, CA. 95403
(707) 575-1040
Fax:  (707) 575-3826
Email:  hansenmiller@hotmail.com

Attorneys for Defendant
**John Aicega**

UNITED STATES DISCTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

UNITED STATES OF AMERICA,
        Plaintiff,

Case No. CR 07-0329 SI

NOTICE OF APPEARANCE

v.

John Aicega
     Defendant

    TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO ALL PARTIES HEREIN:

    PLEASE TAKE NOTICE THAT THE CLERK is hereby asked to enter the appearance of Roy E. Miller as attorney of record for the defendant in this matter.  The Clerk is requested to change the docket sheet and other Court records so as to reflect that all Orders and

1 | communications from the Court will in the future be directed to Roy E. Miller at the above

2 | mailing address, telephone number, fax number and e-mail address.

3 |     Dated: July 31, 2007

4 |

5 |     _/s/_____
    Roy E. Miller
    Counsel for the Defendant

-2-