# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
PROBATION OFFICE

YADOR J. HARRELL
*CHIEF U.S. PROBATION OFFICER*

**Please reply to:**
450 Golden Gate Avenue
Suite 17-6884 ; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

450 Golden Gate Avenue
Suite 17-6884; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

August 22, 2007

The Honorable Susan Illston
United States District Judge
San Francisco, California

**RE: United States v. John Aicega**
**Docket No. CR 07-0329-01-SI**
**REQUEST FOR AID TO SENTENCING STUDY**
**AND CONTINUE JUDGMENT AND SENTENCING**

Your Honor,

On June 8, 2007, the above captioned defendant entered a plea of guilty to one count of Receipt and Distribution of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(2)(B). Judgment and Sentencing were set for September 14, 2007, and a presentence investigation report was ordered. The defendant was interviewed for the presentence report by the undersigned officer on July 26, 2007, at the North County Jail.

In order to complete the presentence investigation and make an informed sentencing recommendation , a psychological evaluation of the defendant is requested. This is due in large part to the defendant's background, which includes working as a juvenile probation officer for the San Francisco County Probation Department from 1973 to 2006. It should be noted that the period of his offense was from 2002 to 2006, which overlapped with his position as a probation officer. It is believed that a psychological report will help in determining an appropriate sentence, as well as suitable conditions of supervision.

Defense counsel and the government attorney were consulted and are in agreement with the request. Should the Court concur that a psychological evaluation would aid in the sentencing process, an order for your signature is enclosed. Moreover, to ensure there will be adequate time to complete the study, it is requested that sentencing be continued from September 14, 2007 to

November 2, 2007.

Thank you for your consideration. Please do not hesitate to contact me at 436-7473 if you have any questions.

    Respectfully submitted,

Yador J. Harrell
Chief U.S. Probation Officer

By:

Cheryl L. Simone
U.S. Probation Officer

Approved:

Sheila John
Supervisory U.S. Probation Officer