# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA**          )
                                      )
    vs.                               )   **Docket Number: CR 07-00329-1 SI**
                                      )
**John Aicega**                       )
                                      )

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for __September 14, 2007__ be continued until __November 2, 2007__ at __11:00 a.m.__.

Date: __9/1/07__

_Susan Illston_ (signature)
Susan Illston
United States District Judge

NDC-PSR-009 12/06/04