United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA**          )
                                      )
             vs.                      )   **Docket Number: CR 07-00329-1 SI**
                                      )
        **John Aicega**               )
                                      )

**ORDER DESIGNATING A PSYCHIATRIST**

    ON MOTION OF THE COURT, pursuant to 18 U.S.C. § 3552(c), and good cause appearing, it is hereby ordered that Yador J. Harrell, Chief U.S. Probation Officer, of this Court, select and designate a psychiatrist for the purpose of having this defendant examined to assist the Court in determination of sentence.

Date: 9/1/07

*[signature]*
Susan Illston
United States District Judge

NDC-PSR-010 12/06/04