**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 11/2/07

Case No.   CR-07-0329 SI              Judge:   SUSAN ILLSTON

Title:  UNITED STATES -v- JOHN AICEGA (C)(NP)

Attorneys:   Stewart          Miller

Deputy Clerk: Tracy Sutton  Court Reporter: n/a

**PROCEEDINGS**

1)  JUDGMENT & SENTENCE - NOT HELD
2)
3)
Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN      (  ) SUBMITTED
                                             PART

Case continued to **12/7/07  @ 11:00 a.m.**   for Judgment & Sentence

Case continued to  **@ 11:00 a.m.**    for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay: ____
**Delay begins:**         **Delay ends:**
(                   )

ORDERED AFTER HEARING:
Due to clerical error, the defendant was not transported to Court.

The case was not called and counsel agreed to the date indicated above.

(SPEEDY TRIAL DEADLINE AS OF TODAY: )