UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 12/18/07

Case No.  CR-07-0329 SI          Judge:  SUSAN ILLSTON

Title:  UNITED STATES -v- JOHN AICEGA (C)(NP)

Attorneys:  Stewart          Miller

Deputy Clerk: Tracy Sutton   Court Reporter: Columbini

**PROCEEDINGS**

1) JUDGMENT & SENTENCE - HELD
2) _____
3) _____

Order to be prepared by: ( )Pltf  ( )Deft  ( )Court

Disposition : ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN    ( ) SUBMITTED
                                          PART

Case continued to
Case continued to  @ 11:00 a.m.  for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to  @ 8:30 a.m.  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay: _____
**Delay begins:**          **Delay ends:**
(                )

ORDERED AFTER HEARING:
Cust: 70 months
Sup. Release: life
$75,000.00 fine
sp. Ass: $100.00

(SPEEDY TRIAL DEADLINE AS OF TODAY: )