JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division

STEPHEN L. JOHNSON (CSBN 145771)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, CA  94l02
   Telephone:  (4l5) 436-7161
   Facsimile: (415) 436-7169
   stephen.johnson1@usdoj.gov

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOHN ACIEGA (aka John Aicega), <br><br> Defendant. <br><br>_____ <br><br> GREAT-WEST LIFE AND ANNUITY INSURANCE COMPANY, <br><br> Garnishee. <br>_____ | Case NO.  CR 07-0329-001 SI <br><br> **DISPOSITION ORDER (WRIT OF CONTINUING GARNISHMENT)** <br><br> 28 U.S.C. 3205(c)(7) |

      The United States has filed its Application for Disposition Order (Writ of Continuing Garnishment).

      The Court finds that:

      1.     Judgment debtor and defendant John Aciega (also known as John Aicega, hereinafter "Defendant") is indebted to plaintiff United States of America in the original amount of $75,100.00, plus interest at the rate of 3.420%, arising out of a judgment dated December 21,

2007, in the above-captioned case. As of February 11, 2010, the approximate balance due on this debt was $73,603.00.

2. The Court issued its Writ of Continuing Garnishment, directed to the Garnishee Great-West Life and Annuity Insurance Company, and the Writ was served on the Garnishee.

3. The Answer of Garnishee filed with the Court indicated that at the time of the service of the Writ, the Garnishee had in its possession, custody, or control property in which the Defendant had a substantial nonexempt interest, namely an employee deferred compensation plan with funds valued at $224,929.15, as of November 23, 2009, belonging to and due the Defendant.

4. On December 22, 2009, the Defendant was notified of his right to a hearing and to object to the Garnishee's Answer. The Defendant has neither requested a hearing nor filed an objection to the Garnishee's Answer, and the time to do so has expired.

Based on the foregoing, and for good cause shown,

IT IS HEREBY ORDERED that the Garnishee shall pay to the Plaintiff, from the value of the employee deferred compensation account, funds belonging to the Defendant in the amount of $73,603.00, plus any additional interest accrued, up to the debt amount owed, and currently in the Garnishee's possession.

Dated: 2/16/10

SUSAN ILSTON
UNITED STATES DISTRICT JUDGE

Disposition Order (Writ of Continuing Garnishment)
CR 07-0329-001 SI                    -2-